No. 83–5543.  GENTSCH v. LOWE, CLERK, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–5604.  JOHNSON v. TENNESSEE DEPARTMENT OF EMPLOYMENT SECURITY ET AL.  Sup. Ct. Tenn.  Certiorari denied.

No. 83–5608.  BEADLE v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–5610.  PAYNE v. JANASZ, CHIEF PROBATION OFFICER, CUYAHOGA COUNTY.  C. A. 6th Cir.  Certiorari denied.

No. 83–5616.  IGOE v. JONES, DBA G & L INVESTMENTS, INC.  C. A. 10th Cir.  Certiorari denied.

No. 83–5627.  BROWN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–5628.  CHYLICKA ET AL. v. UNITED STATES CATHOLIC CONFERENCE "CARITAS" ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–5633.  BROWN v. RICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–5638.  SKAGGS ET AL. v. CRAWFORD COUNTY, OHIO, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–5649.  CHAVEZ v. BERNALILLO COUNTY DISTRICT COURT.  Sup. Ct. N. M.  Certiorari denied.

No. 83–5668.  NEAL v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 83–5683.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–5693.  MILLER ET AL. v. UNION STATE BANK.  Sup. Ct. N. D.  Certiorari denied.

No. 83–5704.  ESGATE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.